AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| COHN, AVERN L | U.S. DISTRICT COURT-MICHIGAN | 05/08/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE-SENIOR | ☐ Nomination, Date  ☐ Initial  ☒ Annual  ☐ Final  5b. ☐ Amended Report | 01/01/2006 to 12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 219 FEDERAL BUILDING AND U.S. COURTHOUSE DETROIT, MICHIGAN 48226 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 MAY 21 A 11:49 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]    NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X]    NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]    NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 05/08/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

X    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

X    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 05/08/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  BRISTOL MYERS SQUIBB | C | Dividend | M | T | | | | | |
| 2.  INTEL CORP | C | Dividend | M | T | | | | | |
| 3.  PROCTER & GAMBLE (FORMERLY GILLETTE) | C | Dividend | M | T | PART DONATIO | 9/25 | J | | |
| 4.  ROYAL DUTCH PETROLEUM | D | Dividend | N | T | | | | | |
| 5.  SCHLUMBERGER, LTD. | C | Dividend | N | T | PART DONATIO | 9/25 | M | | |
| 6.  SIGMA ALDRICH CORP. | B | Dividend | M | T | | | | | |
| 7.  HJ HEINZ COMPANY | B | Dividend | | | DONATION | 4/10 | M | | |
| 8.  KIMBERLY CLARK | D | Dividend | M | T | PART DONATIO | 9/25 | L | | |
| 9.  WALT DISNEY CO. | B | Dividend | M | T | | | | | |
| 10.  QUALCOMM INC | B | Dividend | M | T | | | | | |
| 11.  GE | B | Dividend | L | T | | | | | |
| 12.  AMERICAN EXPRESS CORP | A | Dividend | L | T | | | | | |
| 13.  ORACLE CORP | | None | L | T | | | | | |
| 14.  CITIGROUP INC. | D | Dividend | M | T | | | | | |
| 15.  TIME WARNER INC | A | Dividend | L | T | | | | | |
| 16.  BOEING | B | Dividend | M | T | | | | | |
| 17.  ARCHER DANIELS MIDLAND | B | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 05/08/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  RAYTHEON NEW | B | Dividend | M | T | | | | | |
| 19.  JOHNSON & JOHNSON | B | Dividend | L | T | | | | | |
| 20.  COCA COLA CO. | A | Dividend | | | SALE | 4/4 | L | A | |
| 21.  EMC CORP MA | | None | L | T | | | | | |
| 22.  MEDTRONIC, INC. | A | Dividend | L | T | | | | | |
| 23.  PEPSICO | B | Dividend | L | T | | | | | |
| 24.  LOCKHEED MARTIN | B | Dividend | L | T | | | | | |
| 25.  GEMSTAR TV GUIDE INTL INC. | | None | J | T | | | | | |
| 26.  JPMORGAN HIGH YIELD BOND FUND | E | Dividend | N | T | | | | | FORMERLY ONE GRP |
| 27.  ISHARES TR RUSSELL 2000 VALUE INDEX FUND | B | Dividend | N | T | | | | | |
| 28.  ISHARES TR MSCI EAFE INX FD | E | Dividend | O | T | | | | | |
| 29.  ISHARES TR S&P MIDCAP 400/BARRA VAL | C | Dividend | N | T | | | | | |
| 30.  ISHARES S&P MIDCAP 400/BARRA GR IDX | B | Dividend | O | T | | | | | |
| 31.  BAXTER INTL | B | Dividend | M | T | | | | | |
| 32.  BAXTER INTL CORP UNIT 7% | A | Dividend | L | T | | | | | |
| 33.  MICROSOFT CORP | A | Dividend | L | T | | | | | |
| 34.  NORTHFORK BANCORP | B | Dividend | | | SALE | 12/1 | L | D | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes (See Columns C1 and D3)
J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
3. Value Method Codes (See Column C2)
P3 =$25,000,001 - $50,000,000   R =Cost (Real Estate Only)   P4 =More than $50,000,000   T =Cash Market
Q =Appraisal   V =Other   S =Assessment
U =Book Value   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 05/08/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. WASHINGTON MUTUAL INC | C | Dividend | L | T | | | | | |
| 36. WACHOVIA CORP | C | Dividend | M | T | | | | | |
| 37. NORTHROP GRUMMAN PFD 7.25% | A | Dividend | | | SALE | 4/4 | L | E | |
| 38. AMGEN INC | | None | L | T | | | | | |
| 39. PFIZER | B | Dividend | | | SALE | 12/14 | L | A | |
| 40. CUMMINS INC | B | Dividend | L | T | PART DONATIO | 9/25 | K | | |
| 41. EMCOR GROUP INC. | | None | L | T | PART DONATIO | 9/25 | L | | |
| 42. SPX CORP | A | Dividend | | | SALE | 4/4 | L | D | |
| 43. KINDER MORGAN INC KANS | A | Dividend | | | DONATION | 2/1 | L | | |
| 44. VIACOM INC | A | Dividend | | | SALE | 12/14 | K | A | |
| 45. PRAXAIR INC | A | Dividend | L | T | | | | | |
| 46. LUBRIZOL INC | B | Dividend | L | T | | | | | |
| 47. YAHOO INC | | None | L | T | BUY | 12/19 | L | | |
| 48. JPMORGAN JAPAN FUND SELECT | A | Dividend | M | T | BUY | 12/19 | M | | |
| 49. ISHARES TR MSCI EMERGING MKTS INDX FUND | D | Dividend | N | T | | | | | |
| 50. ISHARES RUSSELL 2000 GROWTH INDX FUND | B | Dividend | N | T | | | | | |
| 51. CENTURYTEL INC | A | Dividend | L | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    V =Other    S =Assessment
   U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 05/08/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. CHUBB CORP | B | Dividend | L | T | | | | | |
| 53. 3M CO | A | Dividend | | | SALE | 4/4 | K | A | |
| 54. DOMINION RES INC | B | Dividend | L | T | | | | | |
| 55. ANALOG DEVICES INC | A | Dividend | K | T | | | | | |
| 56. ALCOA INC | A | Dividend | | | SALE | 4/4 | L | B | |
| 57. BOSTON SCIENTIFIC CORP | | None | | | SALE | 4/4 | K | A | |
| 58. EBAY INC | | None | K | T | | | | | |
| 59. VERIZON COMMUNICATIONS | B | Dividend | L | T | | | | | |
| 60. AUTOMATIC DATA PROCESSING | B | Dividend | L | T | | | | | |
| 61. IBM | B | Dividend | L | T | | | | | |
| 62. WELLPOINT INC | | None | K | T | | | | | |
| 63. DUKE ENERGY CO | A | Dividend | L | T | | | | | |
| 64. CAPITAL ONE FINANCIAL | | None | J | T | BUY | 12/6 | J | | |
| 65. ISHARES MSCI JAPAN INDEX FUND | B | Dividend | | | BUY | 2/3 | M | | |
| 66. ISHARES MSCI JAPAN INDEWX FUND | | None | | | BUY | 4/7 | M | | |
| 67. ISHARES MCI JAPAN INDEX FUND | | None | | | SALE | 12/14 | M | A | |
| 68. ISHARES MSCI EX-JAPAN INDEX FD | B | Dividend | M | T | BUY | 4/7 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 05/08/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. JPMORGAN INTREPID EUROPEAN FUND | D | Dividend | N | T | BUY | 4/7 | M | | |
| 70. JPMORGAN MI MUN MONEY MKT FUND | D | Dividend | O | T | BUY | 1/20 | P1 | | FORMERLY ONE GROUP |
| 71. JPMORGAN MI MUN MONEY MKT FUND | | None | | | SALE | 12/15 | P1 | A | FORMERLY ONE GROUP |
| 72. BELLEVILLE NORTH VENTURE | | None | M | U | | | | | |
| 73. HUNTINGTON GARDEN APTS. | E | Rent | L | U | | | | | |
| 74. HUNTINGTON GARDEN APTS. | A | Interest | | | | | | | |
| 75. LANCASTER HILLS APTS. CO. | A | Interest | M | U | | | | | |
| 76. LANCASTER HILLS APTS. CO. | F | Rent | | | | | | | |
| 77. LANCASTER HILLS APTS. CO. | F | Distribution | | | | | | | |
| 78. LONG LAKE-TELEGRAPH RD. | D | Rent | J | U | | | | | |
| 79. LONG LAKE-TELEGRAPH RD. | D | Distribution | | | | | | | |
| 80. FRANKEL-NODLEHS | | None | K | U | | | | | |
| 81. BLOOMFIELD VILLAGE SQUARE | A | Int | J | U | | | | | |
| 82. BLOOMFIELD VILLAGE SQUARE | F | Rent | | | | | | | |
| 83. FERRIS PARK TOWERS | E | Rent | L | U | | | | | |
| 84. FERRIS PARK TOWERS | C | Interest | | | | | | | |
| 85. FERRIS PARK TOWERS | E | Distribution | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 05/08/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. BELLEVILLE NORTH MARSH VENTURE | | None | L | U | | | | | |
| 87. DIXIE PROPERTIES | A | Interest | M | U | | | | | |
| 88. DIXIE PROPERTIES | E | Rent | | | | | | | |
| 89. DIXIE PROPERTIES | E | Distribution | | | | | | | |
| 90. BLOOMFIELD PLAZA, LLC | G | Rent | | | | | | | |
| 91. BLOOMFIELD PLAZA, LLC | D | Int | L | U | | | | | |
| 92. BLOOMFIELD PLAZA, LLC | G | Distribution | | | | | | | |
| 93. GGP LIMITED PARTNERSHIP | G | Rent | O | U | | | | | |
| 94. GGP LIMITED PARTNERSHIP | D | Interest | | | | | | | |
| 95. GGP LIMITED PARTNERSHIP | F | Dividend | | | | | | | |
| 96. GGP LIMITED PARTNERSHIP | G | Distribution | | | | | | | |
| 97. AMY JOY VENTURE | A | None | | | SALE | 12/15 | K | D | |
| 98. EATON NURSERY SALES | E | Rent | K | U | | | | | |
| 99. EATON NURSERY SALES | E | Distribution | | | | | | | |
| 100. WOODFORD APT. HOTEL CO. | C | Rent | K | U | | | | | |
| 101. NORTH HILL CENTER, LLC | F | Rent | M | U | | | | | |
| 102. NORTH HILL CENTER, LLC | A | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | ● =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 05/08/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. BLOOMFIELD PLAZA II LLC | B | Interest | J | U | | | | | |
| 104. BLOOMFIELD PLAZA II LLC | F | Rent | | | | | | | |
| 105. BLOOMFIELD PLAZA II LLC | F | Distribution | | | | | | | |
| 106. THE THING ABOUT MEN LTD PART | A | Interest | J | U | | | | | |
| 107. BRANDON LONG LAKE LTD PART | G | Distribution | | | FINAL | 12/31 | M | E | |
| 108. GLOUCESTER MA GO | D | Interest | M | T | | | | | |
| 109. OAKLAND COUNTY MI | D | Interest | | | MATURED | 8/1 | M | A | |
| 110. ALMA, MI PUB SCHOOLS | D | Interest | M | T | | | | | |
| 111. YPSILANTI, MI | D | Interest | M | T | | | | | |
| 112. WHITE CLOUD, MI | D | Interest | M | T | | | | | |
| 113. TECUMSEH, MI SCHOOLS | D | Interest | M | T | | | | | |
| 114. MANISTEE MI SCHOOLS BOND | D | Interest | N | T | | | | | |
| 115. LAKEVIEW MI SCHOOLS BOND | C | Interest | | | MATURD | 5/1 | M | A | |
| 116. HURON MI SCHOOLS BOND | D | Interest | N | T | | | | | |
| 117. LAKE ORION, MI SCHOOLS BOND | C | Interest | | | MATURED | 5/1 | M | A | |
| 118. BAD AXE MI SCHOOLS | D | Interest | M | T | | | | | |
| 119. DAVISON MI | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 05/08/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. MONA SHORES, MI | D | Interest | M | T | | | | | |
| 121. ROYAL OAK, MI | D | Interest | M | T | | | | | |
| 122. INGHAM COUNTY, MI | D | Interest | | | MATURED | 7/1 | M | A | |
| 123. MICHIGAN MUN BOND AUTH | C | Interest | N | T | BUY | 5/8 | N | | |
| 124. GENESEEE COUNTY MI | C | Interest | N | T | BUY | 5/9 | N | | |
| 125. CONDOMINIUM-CHARLEVOIX,MI. | | None | M | W | | | | | |
| 126. SPOUSES HOLDINGS: | | None | | | | | | | |
| 127. SSGA TAX-FREE MM FUND | C | Dividend | J | T | | | | | |
| 128. EXXON/MOBIL CORP | A | Dividend | K | T | | | | | |
| 129. GE | B | Dividend | K | T | | | | | |
| 130. INTEL CORP | B | Div | L | T | | | | | |
| 131. SCHERING PLOUGH | A | Div | J | T | | | | | |
| 132. MICROSOFT | A | Dividend | K | T | | | | | |
| 133. IBM | A | Dividend | L | T | | | | | |
| 134. PFIZER | B | Dividend | K | T | | | | | |
| 135. PROCTER & GAMBLE | A | Dividend | K | T | | | | | |
| 136. HSBC HOLDINGS PLC | B | Dividend | K | T | PARTIAL | 12/6 | L | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 05/08/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | SALE | | | | |
| 137. 3M | A | Dividend | | | SALE | 11/10 | K | A | |
| 138. CATERPILLAR | A | Dividend | L | T | PARTIAL SALE | 5/30 | J | A | |
| 139. STARBUCKS CORP | | None | K | T | | | | | |
| 140. FEDEX | A | Dividend | K | T | | | | | |
| 141. TEVA PHARMACEUTICAL | A | Dividend | | | SALE | 5/31 | K | C | |
| 142. ADOBE SYSTEMS INC | A | Dividend | L | T | PARTIAL SALE | 5/31 | J | A | |
| 143. ALCON | | None | | | SALE | 4/6 | K | D | |
| 144. AMERICAN EXPRESS CO | A | Dividend | L | T | | | | | |
| 145. APPLE COMPUTER | | None | K | T | | | | | |
| 146. COCA COLA | A | Dividend | | | SALE | 1/11 | J | A | |
| 147. CONOCO PHILLIPS | A | Dividend | L | T | PARTIAL SALE | 6/8 | J | A | |
| 148. COSTCO WHOLESALE | A | Dividend | K | T | PARTIAL SALE | 6/8 | J | A | |
| 149. FORD | A | Dividend | | | SALE | 2/8 | J | A | |
| 150. GENENTECH INC | | None | | | SALE | 11/2 | L | B | |
| 151. GOOGLE INC-CL A | | None | J | T | PARTIAL SALE | 6/8 | J | B | |
| 152. JOHNSON & JOHNSON | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 05/08/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. MCGRAW HILL | A | Dividend | K | T | PARTIAL SALE | 10/10 | K | A | |
| 154. MEDTRONIC INC | | None | | | SALE | 4/5 | K | A | |
| 155. MURPHY OIL CORP | A | Dividend | | | SALE | 9/7 | L | C | |
| 156. NIKE | A | Dividend | | | SALE | 1/24 | K | A | |
| 157. OSKOSH TRUCK CORP CL B | A | Dividend | | | SALE | 6/8 | K | D | |
| 158. TARGET CORP | A | Dividend | | | SALE | 5/23 | L | B | |
| 159. UNITED TECHNOLOGIES | A | Dividend | K | T | PARTIAL SALE | 12/14 | K | D | |
| 160. WHOLE FOODS INC | A | Dividend | | | SALE | 6/13 | K | D | |
| 161. ALLTEL CORP | A | Dividend | K | T | | | | | |
| 162. AQUA AMERICA INC | A | Dividend | | | SALE | 6/8 | J | A | |
| 163. ARCHER DANIELS MIDLAND | A | Dividend | K | T | | | | | |
| 164. BELLSOUTH CORP | A | Dividend | K | T | | | | | |
| 165. BHP LIMITED | | None | K | T | | | | | |
| 166. BURLINGTON NO SANTA FE | A | Dividend | K | T | | | | | |
| 167. CAMECO CORP | A | Dividend | J | T | | | | | |
| 168. CONEXANT SYSTEMS | | None | J | T | | | | | |
| 169. CORNING INC | A | Dividend | | | SALE | 6/8 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 05/08/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. DEVON ENERGY | A | Dividend | K | T | | | | | |
| 171. DOW CHEMICAL | A | Dividend | K | T | | | | | |
| 172. ELECTRONIC ARTS | | None | | | SALE | 6/8 | J | A | |
| 173. FPL GROUP | A | Dividend | K | T | | | | | |
| 174. GENERAL DYNAMICS | A | Dividend | K | T | | | | | |
| 175. GOLDMAN SACHS | A | Dividend | J | T | | | | | |
| 176. INCO LTD | | None | J | T | | | | | |
| 177. MARATHON OIL | A | Dividend | K | T | | | | | |
| 178. MCCLATCHY CO | A | Dividend | | | | | | | |
| 179. NESTLE | A | Dividend | L | T | | | | | |
| 180. PEABODY ENERGY CORP | A | Dividend | | | SALE | 6/8 | K | A | |
| 181. ROCKWELL AUTOMTION | A | Dividend | K | T | | | | | |
| 182. S&P 500 DEP RECT | A | Dividend | M | T | | | | | |
| 183. ST JUDE MEDICAL | A | Dividend | K | T | | | | | |
| 184. SANOFI-ADVENTIS | A | Dividend | K | T | | | | | |
| 185. SARA LEE CORP | A | Dividend | J | T | | | | | |
| 186. SHERWIN WILLIAMS CO | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 05/08/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 187. TOYOTA MOTOR | A | Dividend | K | T | | | | | |
| 188. TRANSOCEAN INC | A | Dividend | | | SALE | 6/13 | K | A | |
| 189. US BANCORP | A | Dividend | | | SALE | 6/8 | K | A | |
| 190. VALERO ENERGY CORP | A | Dividend | J | T | | | | | |
| 191. WELLPOINT INC | A | Dividend | J | T | | | | | |
| 192. YAHOO INC | A | Dividend | J | T | | | | | |
| 193. SSGA US GOV M/M FUND | C | Dividend | K | T | | | | | |
| 194. MCDONALDS CORP | A | Dividend | K | T | BUY | 6/8 | K | | |
| 195. TIME WARNER INC | A | Dividend | J | T | BUY | 6/8 | J | | |
| 196. WALT DISNEY | A | Dividend | K | T | BUY | 6/8 | K | | |
| 197. PHELPS DODGE | A | Dividend | L | T | BUY | 6/8 | L | | |
| 198. CHESAPEAKE ENERGY | A | Dividend | K | T | BUY | 6/8 | K | | |
| 199. MOODYS CORP | A | Dividend | K | T | BUY | 6/8 | K | | |
| 200. NOVARTIS AG | A | Dividend | K | T | BUY | 6/8 | K | | |
| 201. DELL | | None | K | T | BUY | 6/8 | K | | |
| 202. RESEARCH IN MOTION | A | Dividend | K | T | BUY | 6/8 | K | | |
| 203. MONSANTO | A | Dividend | K | T | BUY | 6/8 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 05/08/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 204.  CONSOLIDATED EDISON | A | Dividend | K | T | BUY | 6/13 | K | | |
| 205.  RAYONAIR CORP | A | Dividend | K | T | BUY | 6/8 | K | | |
| 206.  VERSOM ENERGY | A | Dividend | K | T | BUY | 6/13 | K | | |
| 207.  AMERICAN EXPRESS | A | Dividend | K | T | BUY | 6/8 | K | | |
| 208.  GILEAD SCIENCE | A | Dividend | K | T | BUY | 5/23 | K | | |
| 209.  DIAGEO PLC | A | Dividend | K | T | BUY | 5/23 | K | | |
| 210.  OCCIDENTAL PETROLEUM | A | Dividend | K | T | BUY | 6/8 | K | | |
| 211.  WEATHERFORD INTL | A | Dividend | J | T | BUY | 6/8 | J | | |
| 212.  FERNDALE, MI SCHOOLS | B | Interest | K | T | | | | | |
| 213.  CONNECTICUT ST | D | Interest | M | T | | | | | |
| 214.  SOUTH CAROLINA GO | C | Interest | K | T | | | | | |
| 215.  SOUTH CAROLINA GO | D | Interest | L | T | | | | | |
| 216.  SALT LAKE CITY UTAH | B | Interest | K | T | | | | | |
| 217.  PA STATE GO | C | Interest | L | T | | | | | |
| 218.  PA STATE GO | D | Interest | M | T | | | | | |
| 219.  OHIO STATE GO ULT | D | Interest | M | T | | | | | |
| 220.  FL ST BD OF ED | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 05/08/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 221. NORTH CAROLINA GO | B | Interest | L | T | | | | | |
| 222. MI STATE GO | D | Interest | M | T | | | | | |
| 223. MACOMB CNTY MI | B | Interest | L | T | | | | | |
| 224. US TREASURY BILLS | A | Interest | M | T | BUY | 1/14 | N | | |
| 225. US TREASURY BILLS | | None | | | PARTIAL MAT | 12/31 | M | A | |
| 226. US TREASURY NOTES | A | Interest | J | T | BUY | 8/30 | K | | |
| 227. ARTSPACE, INC. | A | Distribution | M | U | | | | | |
| 228. ARTSPACE, INC | D | Dividend | | | | | | | |
| 229. WASHTENAW CO | B | Distribution | J | U | | | | | |
| 230. WASHTENAW CO. | C | Rent | | | | | | | |
| 231. COMMERCE CENTER BLDG | | None | J | U | | | | | |
| 232. TALLAHASSEE MALL PARTNERS, LTD. | E | Distribution | | | FINAL | 6/1 | J | A | |
| 233. VICTORY VALLEY PART | D | Distribution | | | FINAL | 12/31 | J | A | |
| 234. TPI/MFG INVESTORS LP | D | Distribution | | | FINAL | 2007 | J | A | |
| 235. BROADWAY MALL PARTNERS | G | Distribution | J | U | | | | | |
| 236. BROADWAY MALL PARTNERS | A | Interest | | | | | | | |
| 237. SOUTH PARK PARTNERS | C | Distribution | J | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 05/08/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 238. SOUTH PARK PARTNERS | A | Interest | | | | | | | |
| 239. MERCURY PAZA SHOPPING CENTER | A | Distribution | K | U | | | | | |
| 240. CG&A CENTRAL MALL | C | Distribution | K | U | | | | | |
| 241. CG&a CENTRAL MALL | A | Interest | | | | | | | |
| 242. LPC INVESTMENTS, LLC | F | Interest | P1 | U | | | | | |
| 243. LPC ENTERPRISES | | None | J | U | | | | | |
| 244. NEW MEXICO MALL PARTNERS | A | Int./Div. | K | U | | | | | |
| 245. WESTGATE BROCKTON PARTNERS | D | Distribution | L | U | | | | | |
| 246. WESTAGE BROCKTON PARTNERS | A | Interest | | | | | | | |
| 247. ▮▮▮▮ ASSOC | A | Rent | | | | | | | |
| 248. ▮▮▮▮ ASSOC | C | Distribution | K | U | | | | | |
| 249. WESTLAND CENTER PARTNERS | C | Distribution | K | U | | | | | |
| 250. WESTLAND CENTER PARTNERS | A | Interest | | | | | | | |
| 251. THE THING ABOUT MEN | A | Interest | J | U | | | | | |
| 252. LAYTON HILLS PARTNERS | A | Interest | | | FINAL | 12/31 | J | A | |
| 253. TWENTY TWO TWENTY TWO, LLC | A | Interest | K | U | | | | | |
| 254. CGA&A CROSSROADS CENTER LP | A | Interest | L | U | BUY | 7/15 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 05/08/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 255.  PACIFIC FUND LP | A | Dividend | L | U | BUY | 6/1 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 05/08/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 05/08/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date _05/14/07_

AVERN COHN

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544